**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN OVERSIGHT**,<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. DEPARTMENT OF STATE**,<br><br>*Defendant.* | Case No. 1:19-cv-02934-CRC |

**JOINT STATUS REPORT**

Pursuant to the Court's March 30, 2020 minute order, Plaintiff American Oversight and Defendant United States Department of State ("State") hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

**I.    The Parties' Agreement to Extend Deadlines In Light of Current Health Concerns**

On March 26, 2020, the parties submitted a joint status report indicating that State had asked whether Plaintiff would agree to a sixty-day extension of deadlines in this case in light of State's severely reduced FOIA processing capabilities caused by the COVID-19 outbreak.  ECF No. 28, at 1.

The parties have now reached an agreement on how to proceed.  Specifically, the parties have agreed that they will next submit a joint status report in approximately forty-five days, and that all other deadlines in this case be extended by sixty days.  The relevant dates are summarized below:

- The parties will next file a joint status report on **May 14, 2020**.
- State's next production will occur on or before **June 21, 2020**.
- State commits to fully processing FOIA Request 6331 by **September 14, 2020**.

- The parties will file a further joint status report on or before **September 22, 2020**.

## II.     Additional Statements of the Parties

*Plaintiff*.  Plaintiff consents to this extension of deadlines in light of the disruptions caused by the COVID-19 emergency, but Plaintiff believes that State cannot indefinitely suspend compliance with its FOIA obligations. Given that the current COVID-19 situation could extend for a very lengthy period or could abate and then recur, Plaintiff believes that State must use the time provided by this extension to adapt in order to be able to continue to process FOIA requests and to release information of public concern.

*State*.  State appreciates Plaintiff's agreement to extend the current deadlines in light of the ongoing public health emergency.  State notes that it is impossible to predict the future development of this health crisis, and should State believe that additional relief is warranted in the future, State intends to work with Plaintiff to come to a satisfactory agreement.  State will inform the Court as necessary regarding the need for further relief.

    Respectfully submitted,

    */s/ Daniel A. McGrath*
    Daniel A. McGrath
    D.C. Bar No. 1531723

    AMERICAN OVERSIGHT
    1030 15th Street NW, B255
    Washington, DC 20005
    (202) 897-4213
    daniel.mcgrath@americanoversight.org
    *Counsel for Plaintiff*

    JOSEPH H. HUNT
    Assistant Attorney General

    ELIZABETH J. SHAPIRO

Deputy Director

*/s/ Joshua C. Abbuhl*
JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8366
Facsimile: (202) 616-8470
joshua.abbuhl@usdoj.gov
*Counsel for the Defendant*